IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DEENA WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE,<br><br>　　　　　　　　Defendant. | No. CV 20-77-H-SEH<br><br>**ORDER** |

On February 17, 2021, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to effect service.[1]

Service of process was made on March 3, 2021.[2]

ORDERED:

The Order to Show Cause of February 17, 2021,[3] is VACATED and

---

[1] *See* Doc. 3.

[2] *See* Doc. 5.

[3] Doc. 3.

DISCHARGED.

DATED this 9th day of March, 2021.

_____
SAM E. HADDON
United States District Judge