# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DEENA WASHINGTON,<br><br>                                Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                                Defendant. | No. CV 20-77-H-SEH<br><br>**ORDER** |

On March 31, 2021, Defendant United Parcel Service, Inc. ("UPS") filed an Unopposed Motion to Excuse Counsel for UPS Michael Wilson from Attending In-Person Hearing on Defendant's Motion to Dismiss.[1]

Co-counsel for UPS is Michelle L. Gomez, Esq., who is designated as "lead counsel in this matter."[2]

ORDERED:

In this instance only, Michael Wilson, Esq., is excused from attendance at

---

[1] *See* Doc. 15.

[2] Doc. 15 at 3.

the Court scheduled hearing set for 9:00 a.m. on April 9, 2021.

DATED this 1st day of April, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge