# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

DEENA WASHINGTON,

                      Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.,

                      Defendant.

No.  CV 20-77-H-SEH

**ORDER**

On February 17, 2021, the Court ordered Plaintiff's counsel to appear and show cause why the case should not be dismissed for failure serve Defendant with process.[1]

On February 26, 2021, Plaintiff was granted until March 12, 2021, in which to effect service.[2] Service was made on March 3, 2021.[3]

Defendant requested and was granted additional time "in which to serve its

---

[1] *See* Doc. 3.

[2] *See* Doc. 4.

[3] *See* Doc. 5.

response to Plaintiff's Complaint."[4]

Defendant's Motion to Dismiss Pursuant to FRCP 4(m) & 12(b)(5) was filed on March 29, 2021.[5]

By order of March 30, 2021,[6] the Court ordered an expedited hearing on Defendant's March 29, 2021, motion.

Responsibilities of the Court include administration of justice in a manner that will yield full and fair disposition of issues presented.

The Court may, in its discretion, grant additional time to complete service.[7] It has done so.

No useful purpose would be served by further delay in address and resolution of Defendant's pending motion.[8]

ORDERED:

1.    Defendant's Motion to Dismiss Pursuant to FRCP 4(m) & 12(b)(5)[9] is DENIED.

---

[4] *See* Doc. 8 at 2.

[5] *See* Doc. 11.

[6] *See* Doc. 14.

[7] *Mann v. American Airlines*, 324 F.3d 1088, 1090-91 (9th Cir. 2003); *In re Sheehan*, 253 F.3d 507, 512-13 (9th Cir. 2001).

[8] Doc. 11.

[9] Doc. 5.

2.    Defendant shall file an answer to the Complaint on or before **April 23, 2021**.

DATED this ___9th___ day of April, 2021.

SAM E. HADDON
United States District Judge