# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DEENA WASHINGTON,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>               Defendant. | No. CV 20-77-H-SEH<br><br>**ORDER** |

On April 23, 2021, the Court set a Preliminary Pretrial Conference for June 8, 2021, at 11:00 a.m.[1]

ORDERED:

The Preliminary Pretrial Conference is RESET to June 8, 2021, at 10:00 a.m.

DATED this 18th day of May, 2021.

                                                       SAM E. HADDON<br>
                                                       United States District Judge

---

[1] Doc. 24.