IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEENA WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | No. CV-20-77-H-SEH<br><br>**ORDER** |

On May 27, 2021, Defendant filed a Preliminary Pretrial Statement,[1] which did not comply with the Court's Order of April 23, 2021.[2]

ORDERED:

Defendant shall, on or before **Tuesday, June 1, 2021,** file a preliminary pretrial statement that fully complies with all requirements of the Court's Order of

---

[1] Doc. 26.

[2] Doc. 24 at 4-5; *see* Fed. R. Civ. P. 26(a)(1)(A)(ii).

April 23, 2021.[3]

DATED this 27th day of May, 2021.

SAM E. HADDON
United States District Judge

---

[3] Doc. 24.