UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEENA WASHINGTON,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>              Defendant. | Case No. CV-20-077-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 57), Judgment is entered in favor of the Defendant and against the Plaintiff.

      Dated this 2nd day of June 2022.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Heidi Gauthier
                            Heidi Gauthier, Deputy Clerk